# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RENAE DEENELL PRUITT, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) | NO. CIV-15-0207-HE |

## JUDGMENT

In accordance with the order entered this date, the Report and Recommendation [Doc. No. 20] is **ADOPTED,** the final decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further proceedings consistent with the order and the Report and Recommendation.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE